# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HUNTER R. LEVI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 4:17 CV 1236 RWS ) |
| ST. LOUIS TEAMSTER BREWERY WORKERS PENSION PLAN and ST. LOUIS TEAMSTER BREWERY WORKERS PENSION PLAN TRUSTEES, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that**

Defendants St. Louis Teamster Brewery Workers Pension Plan and the St. Louis Teamster Brewery Workers Pension Plan Trustee's shall have summary judgment in this matter and that the claims of Plaintiff Hunter R. Levi are **DISMISSED** with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of May, 2018.